Josef Wandas, plaintiff in error, v. Morris Gerber, defendant in error. Gen. No. 33,162.

Opinion filed April 17, 1929.

F. W. Jaros, for plaintiff in error. Max Schoenberg and W. F. Ader, for defendant in error; B. M. Shaffner, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

James H. Hooper, plaintiff-appellant, v. Antoni Mazur, defendant-appellee. Gen. No. 33,236.

Opinion filed April 17, 1929. Rehearing denied May 1, 1929.

Harold O. Mulks, for appellant. Joseph F. Elward, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Selma Crawford, plaintiff in error, v. Sanger Brown et al., defendants in error. Gen. No. 33,216.

Opinion filed April 22, 1929.

Charles P. R. Macaulay, for plaintiff in error. Frederick A. Brown and Clinton Merrick, for defendants in error; Wm. G. Worthey and J. Colburn Hamilton, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

F. E. Monville and S. H. Larson, trading as Monville & Larson, appellees, v. Angelona Buoscio and Filomena Buoscio, appellants. Gen. No. 33,234.

Opinion filed April 22, 1929.

Swalwell & Buoscio, for appellants; Felix M. Buoscio, of counsel. Abram Z. Zietlein, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.